UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD N. THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LYDIA A. VILLAREAL,<br><br>　　　　　Respondent. | No. 2:21-cv-0216 TLN CKD P<br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the court's April 1, 2021 findings and recommendations. Good cause appearing, that request will be granted. Petitioner also asks that the court order officials at his prison to have his typewriter repaired and return unspecified personal property including documents filed in this case. Petitioner has not shown good cause for the granting of this request as documents filed in this court do not need to be typed, and petitioner has not shown why he needs any of his other property to respond to the court's relatively straight-forward April 1, 2021 findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 11) is granted.

2. Petitioner shall file his objections to the court's April 1, 2021 findings and recommendations within 30 from the date of this order.  No further extensions will be granted.

/////

3. Petitioner's request that the court order officials at his prison to have his typewriter repaired and return unspecified personal property is denied.

4. The Clerk of the Court shall serve a copy of the April 1, 2021 findings and recommendations upon petitioner with this order.

Dated: May 20, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
thom0216.111(2)