UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD N. THOMAS,<br><br>Petitioner,<br><br>v.<br><br>LYDIA A. VILLARREAL,<br><br>Respondent. | No. 2:21-cv-00216-TLN-CKD<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed a petition for a writ of mandamus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that objections to the findings and recommendations could be filed. Petitioner has not filed objections to the findings and recommendations and the time for filing objections has expired.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 1, 2021, are ADOPTED IN FULL;
2. Petitioner's petition for a writ of mandamus is DENIED; and
3. This case is closed.

DATED: July 14, 2021

_____
Troy L. Nunley
United States District Judge